# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| RICHARD BELCOURT and TRIDENT RECYCLING AND REFINING LLC D/B/A TRIDENT RECYCLING, REFINING & REFRACTORY REPAIR, LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 2:23-cv-00704-WSS

**NOTICE OF VIDEOTAPED DEPOSITION OF RICHARD BELCOURT**

TO:    Richard Belcourt
       6200 Golden Belt Rd.
       Odessa, Missouri 64076

PLEASE TAKE NOTICE that counsel for Matthews International Corporation will take your videotaped deposition, under oath, before a certified court reporter pursuant to Rule 30 of the Federal Rules of Civil Procedure **in person at the Pittsburgh Offices of Buchanan Ingersoll & Rooney PC, Union Trust Building, Suite 200, 501 Grant Street Pittsburgh, Pennsylvania 15219** at a time mutually agreeable to the parties, but in no event later than five (5) days before the Preliminary Injunction hearing to be scheduled by the Court.

The videotaped deposition scheduled pursuant to this Notice of Videotaped Deposition may be used for any purpose set forth in the Federal Rules of Civil Procedure.  The videotaped deposition shall be recorded and videotaped by a certified court reporter present at the deposition location.

Dated:  April 28, 2023

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Erin J. McLaughlin
Erin J. McLaughlin *(PA 202044)*
erin.mclaughlin@bipc.com
Jaime S. Tuite *(PA 87566)*
jaime.tuite@bipc.com
Nicholas J. Bell *(PA 307782)*
nicholas.bell@bipc.com
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
Phone:     (412) 562-8800
Facsimile:  (412) 562-1041

*Attorneys for Plaintiff Matthews International Corporation*