**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MATTHEWS INTERNATIONAL            )
CORPORATION,                      )
                                  )
          Plaintiff,              )
                                  )          No. 2:23-cv-00704-WSS
          v.                      )
                                  )
RICHARD BELCOURT and TRIDENT      )
RECYCLING AND REFINING LLC        )
D/B/A TRIDENT RECYCLING,          )
REFINING & REFRACTORY REPAIR,     )
LLC,                              )
                                  )
          Defendants.             )

**ORDER OF COURT**

**AND NOW**, on this _____ day of _____ 2023, upon consideration of Plaintiff's

Motion to Expedite Discovery, it is hereby ORDERED that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that, within ten (10) days of service of this Order, Defendants

shall respond in writing to Plaintiff's First Request for Production of Documents, Electronically

Stored Information and Things Directed to each of the Defendants, respectively; and shall

produce the documents requested therein by delivering same, or copies thereof, to the office of

**Erin McLaughlin of Buchanan Ingersoll & Rooney PC, Union Trust Building, Suite 200,**

**501 Grant Street Pittsburgh, Pennsylvania 15219**

It is further **ORDERED** that Defendants shall serve written answers to Plaintiff's First

Set of Interrogatories Directed to each of the Defendants, respectively within ten (10) days of

service of this Order.

-2-

It is further **ORDERED** that Defendants shall appear for the noticed depositions at a date and time to be mutually determined by counsel for the parties, but in no event later than five (5) days before the preliminary injunction hearing.

It is further **ORDERED** that Defendants may take one (1) deposition at a date and time determined by counsel for the parties, but in no event later than five (5) days before the preliminary injunction hearing.

It is further **ORDERED** that Defendants shall serve discovery requests necessary to prepare for the injunction hearing in the matter within five (5) days of service of this Order and that Plaintiff shall respond within ten (10) days of service of the requests.

_____
United States District Judge